# United States District Court
## Southern District of Georgia

CSX Transportation, Inc.

Plaintiff

v.

Seagate Handling, Inc.

Defendant

Case No.  4:21-cv-00273-WTM-CLR

Appearing on behalf of

CSX Transportation, Inc.

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  11th  day of  March , 2022 .

*[signature: Christopher L. Ray]*

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Timothy L. Frey

Business Address: Cohen & Palombo P.C.
Firm/Business Name

125 Coulter Avenue
Street Address

Suite 1000 | Ardmore | PA | 19003
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

(215) 609-1110
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: tfrey@freightlaw.net